**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 10-2076

PAMELA M. JONES,

                 Plaintiff - Appellant,

        v.

UNITED STATES OF AMERICA,

                 Defendant - Appellee.

Appeal from the United States District Court for the Eastern
District of Virginia, at Newport News.   Mark S. Davis, District
Judge.   (4:09-cv-00129-MSD-DEM)

Submitted:  January 13, 2011       Decided:  January 18, 2011

Before MOTZ, KING, and WYNN, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Pamela M. Jones, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Pamela M. Jones seeks to appeal the district court's order dismissing her civil claims against the United States without prejudice for failure to properly serve the Defendant. We dismiss the appeal for lack of jurisdiction because the notice of appeal was not timely filed.

When the United States or its officer or agency is a party, the notice of appeal must be filed no more than sixty days after the entry of the district court's final judgment or order, Fed. R. App. P. 4(a)(1)(B), unless the district court extends the appeal period under Fed. R. App. P. 4(a)(5), or reopens the appeal period under Fed. R. App. P. 4(a)(6). "[T]he timely filing of a notice of appeal in a civil case is a jurisdictional requirement." Bowles v. Russell, 551 U.S. 205, 214 (2007).

The district court's order was entered on the docket on July 14, 2010. The notice of appeal was filed on September 16, 2010. Because Jones failed to file a timely notice of appeal or to obtain an extension or reopening of the appeal period, we dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2